OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall Lohan
CLERK

Unit 18
844 North King Street
U.S. Courthouse
Wilmington, DE 19801
(302)573-6170
www.ded.uscourts.gov

May 3, 2024

TO:

**Jackie Rose Kruger, Esq.**
Kruger Law Firm
485 South Robertson Boulevard Suite 4
Beverly Hills, CA 90211

**Marissa Hurwitz Alguire, Esq.**
**Matthew D Gurnick, Esq.**
Akerman LLP
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071

**Jason S. Oletsky, Esq.**
Akerman LLP
201 East Las Olas Boulevard, Suite 1800
Ft. Lauderdale, FL 33301

**J David Bournazian, Esq.**
K and L Gates LLP
1 Park Plaza Suite 12th Floor
Irvine, CA 92614

RE:   DE Case No.:  1:24-cv-00550-UNA
      Central District of California Case No.: 2:24-cv-01107-WLH-AJR
      Adrienne Arrington et al v. H.I.G. Capital Management LLC et al

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on 05/03/2024.

  Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel. Local Rule 83.5 (d) and (e) read as follows:

  (d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

  (e) Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days after:
  (1)  The filing of the first paper filed on its behalf; or
  (2)   The filing of a case transferred or removed to this Court.

Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before 06/03/2024.

Sincerely,

Randall Lohan
Clerk of Court

By: /s/ jfm
Deputy Clerk